IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY J. MCCARROLL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | )  CIVIL ACTION NO. 03-0126-CG-C |
| | ) |
| AETNA U.S. HEALTHCARE, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

This matter is before the court on the plaintiff's motion for correction (Doc. 69), in which the plaintiff requests that the court correct the following statement in its order finding for defendant and dismissing plaintiff's claims (Doc. 55): "On February 5, 2002, Dr. Volkman reported to Aetna that Plaintiff had not been for a visit since October 15, 2002..." Although this statement is exactly what was reported in Aetna's exhibit K at 100111, which was filed in support of its motion for summary judgment (Doc. 11), the court finds pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, that the October 15, 2002 date in Dr. Volkman's February 5, 2002 report is clearly a typographical error. The court notes that in Aetna's exhibit K at 100117, Dr. Volkman's note dated December 13, 2001 advises that Mr. McCarroll was released on October 15, 2001. Therefore, the court's order of July 8, 2004 is hereby corrected to reflect that the last date on which Dr. Volkman saw the plaintiff was on October 15, 2001.

**DONE** and **ORDERED** this 8th day of February, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE